

**SEALED**

1  Richard R. Barker
2  Acting United States Attorney
   Eastern District of Washington
3  Lisa C. Cartier Giroux
4  Assistant United States Attorneys
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 2 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

AZ. no: 26-8009 MJ

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-47-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 846 |
| AVELINO CHAVEZ, JR., and SERGIO SANCHEZ-MARTINEZ, | Conspiracy to Distribute 500 Grams or More of Methamphetamine (Count 1) |
| Defendants. | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 Attempted Distribution of 500 Grams or More of Methamphetamine (Count 2) |
| | 21 U.S.C. § 853 Forfeiture Allegation |

The Grand Jury charges:

COUNT 1

On or about a date unknown, but by on or about September 2023, and continuing to on or about January 12, 2025, in the Eastern District of Washington

INDICTMENT – 1

and elsewhere, the Defendants, AVELINO CHAVEZ, JR. and SERGIO SANCHEZ-MARTINEZ, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## COUNT 2

On or about January 11, 2025, and continuing to on or about January 12, 2025, in the Eastern District of Washington and elsewhere, the Defendant, AVELINO CHAVEZ, JR., did knowingly attempt to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, as set forth in Count 1 and/or in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as set forth in Count 2 of this

INDICTMENT – 2

Indictment, the Defendants, AVELINO CHAVEZ, JR. (Counts 1 and 2) and SERGIO SANCHEZ-MARTINEZ (Count 2), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 2 day of April, 2025.

A TRUE BILL



*Ri— Baku—*
Richard R. Barker
Acting United States Attorney

*[signature]*
Lisa C. Cartier Giroux
Assistant United States Attorney

INDICTMENT – 4

Case 2:26-mj-08009-JZB   Document 1   Filed 01/13/26   Page 5 of 5
Case 2:25-cr-00047-MKD *SEALED*   ECF No. 9 ***NOT ON PUBLIC DOCKET***   filed
04/02/25   PageID.15   Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>SERGIO SANCHEZ-MARTINEZ<br><br>_Defendant_ | )<br>)  Case No.  2:25-CR-47-MKD-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  SERGIO SANCHEZ-MARTINEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute 500 Grams or More of Methamphetamine

Date: Apr 02, 2025, 5:11 pm

_Issuing officer's signature_

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
_Printed name and title_

---

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_